## Goddard *against* M'Kean.

A justice of the peace has not jurisdiction of an action founded upon a note given in consideration of a right to dig a mill-race and conduct water across the plaintiff's land.

ERROR to the common pleas of *Bradford* county.

Ezra Goddard against Jehial M'Kean and Luther Goddard. This action originally brought before a justice of the peace, was founded on the following note, signed by the defendants.

"Due Ezra Goddard, or bearer, for value received, ten thousand feet of merchantable white pine boards, one inch thick, by the 1st day of April, if we should get our mill in operation by that time."

April 22d, 1828.

The plaintiff having called a witness to prove that the mill was put in operation, upon his cross-examination it appeared, that the note was given by the defendants to the plaintiff, for the sale of the privilege of taking water out of a dam, and conducting the same by a mill-race across the land claimed by the plaintiff.

The defendants then requested the court to dismiss the action, on the ground that it originated before a justice, who had no jurisdiction of the subject.

The court (Herrick, president) sustained the motion.

*Elwell*, for plaintiff in error, cited *Penns. Blackstone* 391, 6.

*Williston*, contra, cited 3 *Rawle* 325; 3 *Penns. Rep.* 388; 2 *Watts* 135; 5 *Watts* 482.

PER CURIAM.—By the plaintiff's own showing, the title to real estate was liable to come in question, and it is therefore clear, the justice had not jurisdiction.

Judgment affirmed.